# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| SLADDEN GILBERT | CIV. ACTION NO. 3:20-00336 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| GREENWICH INSURANCE CO., ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Plaintiff's motion to enforce settlement and assess non-payment penalty [Doc. No. 24] is DENIED.

Monroe, Louisiana, this 14th day of July 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE